**Electronically Filed
Supreme Court
SCWC-23-0000289
12-JUN-2026
03:06 PM
Dkt. 20 OGAC**

SCWC-23-0000289

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

In the Matter of the Request for Payment of,
CHRISTOPHER LAWINSKI, M.D., as Provider for Sean Tilton,
Petitioner/Appellant-Provider-Appellant,

vs.

SCOTT SAIKI, INSURANCE COMMISSIONER,
DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS, STATE OF HAWAIʻI,
Respondent/Appellee-Appellee,

and

UNITED SERVICES AUTOMOBILE ASSOCIATION,
Respondent/Appellee-Respondent-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-23-0000289; CASE NO. 3CCV-22-0000250)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Devens, C.J., McKenna, Eddins, and Ginoza, JJ.,
and Circuit Judge Char, assigned by reason of vacancy)

Petitioner/Appellant-Provider-Appellant Christopher

Lawinski, M.D.'s application for writ of certiorari filed on

April 13, 2026, is accepted.

Under Hawaiʻi Rules of Appellate Procedure (HRAP) Rule 40.1,

this court "may limit the question on review."  Here, we limit

the questions on review to questions presented "1" and "2" of Petitioner's application for writ of certiorari.

It is further ordered that no oral argument will be heard in this case. Any party may, within ten days and pursuant to HRAP Rule 34(c), move for retention of oral argument.

DATED: Honolulu, Hawaiʻi, June 12, 2026.

/s/ Vladimir P. Devens

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Stephanie R.S. Char